# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL J. PENDLETON,       :   No. 76 WM 2017

         Petitioner        :

           v.           :

COURT OF COMMON PLEAS OF    :
ALLEGHENY COUNTY,         :

         Respondent       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2017, the Application for Leave to File Original Process, the Petition for Writ of Mandamus, and the Application to Expedite are DISMISSED. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is not permissible). The Prothonotary is DIRECTED to forward the filings to counsel of record.